TDCJ Offender Details

78,689-03

  

# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 02541337 |
| **TDCJ Number:** | 01506620 |
| **Name:** | WILSON,TRACY LYNN |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1961-10-03 |
| **Maximum Sentence Date:** | 2027-10-16 |
| **Current Facility:** | ALFRED HUGHES |
| **Projected Release Date:** | 2027-10-16 |
| **Parole Eligibility Date:** | 2017-10-15 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**          Offender is not scheduled for release at this time.

**Scheduled Release Type:**          Will be determined when release date is scheduled.

**Scheduled Release Location:**      Will be determined when release date is scheduled.

| Parole Review Information |

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|